IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| GMAC MORTGAGE, LLC, | : | |
| Plaintiff, | : | |
| | | Case No. 3:07CV066 |
| vs. | : | |
| | | District Judge Walter Herbert Rice |
| STEVEN E. HAVLIN, et al., | : | Magistrate Judge Sharon L. Ovington |
| Defendant. | : | |

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS FILED ON APRIL 19, 2007 (Doc. #9); GRANTING PLAINTIFF'S MOTION TO DISMISS (Doc. #8); DISMISSING PLAINTIFF'S CLAIMS UNDER Fed. R. Civ. P. 41(a)(2); DIRECTING PLAINTIFF TO PAY THE COSTS OF THIS ACTION, IF ANY; AND TERMINATING THE CASE ON THE DOCKET OF THIS COURT**

The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #9), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations filed on April 19, 2007 (Doc. #9) is ADOPTED in full;

2. Plaintiff's Motion to Dismiss (Doc. #8) is GRANTED, and Plaintiff's claims are DISMISSED under Fed. R. Civ. P. 41(a)(2);

3. Plaintiff is directed to pay the costs of this action, if any; and

4. The case is terminated on the docket of this Court.

     *[signature]*
     ──────────────────────────
     Walter Herbert Rice
     United States District Judge